# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Charley Blankenship** | : | **Case No.: 23-53208** |
| **Terrie Blankenship** | : | **Chapter 13** |
| | : | **Judge John E. Hoffman Jr.** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for CrossCountry Mortgage, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks (0075345)
    Adam B. Hall (0088234)
    Steven H. Patterson (073452)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@manleydeas.com

24-001387_PS

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Faye D. English, 10 West Broad Street, Suite 1600, Columbus, OH  43215-3419, notices@ch13columbus.com

Erin Schrader, Attorney for Charley Blankenship and Terrie Blankenship, 5 E. Long Street, Suite 300, Columbus, OH  43215, erinschrader1@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Charley Blankenship and Terrie Blankenship, 305 W. Miami St., De Graff, OH  43318

Logan County Treasurer, 100 South Mad River Street , Bellefontaine , OH  43311


/s/ Stephen R. Franks

24-001387_PS