**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.: 23-53208 |
| | : | |
| Charley Blankenship | : | Chapter 13 |
| Terrie Blankenship | : | |
| | : | |
| Debtors. | : | Judge Cobb |
| | : | **OBJECTION TO MOTION** |
| | : | **TO DISMISS** |

---

Now come Debtors through their attorney, Erin E. Schrader, and respectfully request this court to deny the Trustee's Motion to Dismiss. Debtors would like the opportunity increase their plan payment to remain in the plan. For the reason stated, Debtors pray the Chapter 13 Trustee's Motion to Dismiss is not granted.

Respectfully Submitted

/s/ Erin E. Schrader

Erin E. Schrader 0078078
Attorney for Debtor
5 East Long Street Suite 300
Columbus, OH 43215
(614) 228-4480
(614) 228-4440 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing objection to motion to dismiss has been served upon the following by electronic mail on July 20, 2026.

**Trustee:**
Faye English

**U.S. Trustee**

I hereby certify that the foregoing objection to motion to dismiss has been served upon the following by U.S. Mail on July 20, 2026.

**Debtors:**
**Charley and Terrie Blankenship**
305 W. Miami St.
De Graff, OH 43318

Respectfully submitted,

/s/ Erin E. Schrader
Erin E. Schrader 0078078
Attorney for Debtor
Rauser & Associates
5 E. Long St. Ste 300
Columbus, OH 43215
(614) 228-4480