IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Charley Blankenship
Terrie Blankenship
305 W. Miami St.
De Graff, OH 43318

Case No: 23-53208

Chapter 13

Judge: Tiffany Strelow Cobb

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on September 18, 2023.
The plan was confirmed on January 17, 2024.
The Case was concluded on August 26, 2026.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been negotiated. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION. THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors: 39,099.54

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 0.80%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ALL AMERICAN ENERGY<br>00044 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| American Gas<br>00004 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Avant<br>00005 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Capital One<br>00007 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Charley Blankenship<br>00000 DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Charley Blankenship<br>00000 DEBTOR REFUND | 763.84 | 763.84 | 0.00 | 0.00 |
| CORPATH LIMITED<br>00043 UNSECURED | 1.06 | 0.00 | 0.00 | 1.06 |
| CREDIT CARE<br>00008 UNSECURED | 41.44 | 0.00 | 0.00 | 41.44 |
| CROSSCOUNTRY MORTGAGE<br>00033 PRE-PET MTG ARREARS | 9,217.49 | 2,157.28 | 0.00 | 7,060.21 |
| CROSSCOUNTRY MORTGAGE<br>00001 MORTGAGE | Continuing | 25,307.37 | 0.00 | 0.00 |
| CROSSCOUNTRY MORTGAGE<br>00034 GAP PAYMENT - NEW | 787.49 | 787.49 | 0.00 | 0.00 |
| Department of Education<br>00009 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DP&L<br>00010 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**

CASE NO. 23-53208 Charley Blankenship and Terrie Blankenship

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| EAGLE LOAN COMPANY OF OHIO INC<br>00002 SECURED-506 | 500.00 | 500.00 | 52.09 | 0.00 |
| EAGLE LOAN COMPANY OF OHIO INC<br>10002 UNSECURED | 37.94 | 0.00 | 0.00 | 37.94 |
| EMERGENCY PROFESSIONAL SERVICES IN(<br>00037 UNSECURED | 9.68 | 0.00 | 0.00 | 9.68 |
| Finance System of Richmond Inc.<br>00011 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Guardian<br>00014 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Heritage<br>00016 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HNB<br>00017 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>00038 UNSECURED | 9.36 | 0.00 | 0.00 | 9.36 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>00013 UNSECURED | 5.36 | 0.00 | 0.00 | 5.36 |
| Lima Memorial<br>00018 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV<br>00019 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MARY RUTAN HOSPITAL<br>00021 UNSECURED | 14.04 | 0.00 | 0.00 | 14.04 |
| MBA LAW<br>00022 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Mid Ohio Energy Co<br>00023 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NPRTO OHIO LLC<br>00035 UNSECURED | 11.55 | 0.00 | 0.00 | 11.55 |
| OHIO DEPARTMENT OF TAXATION<br>00042 UNSECURED | 2.06 | 0.00 | 0.00 | 2.06 |
| OHIO DEPARTMENT OF TAXATION<br>00041 PRIORITY | 9.47 | 0.00 | 0.00 | 9.47 |
| OHIO DEPARTMENT OF TAXATION<br>00040 SECURED | 7,015.28 | 1,366.95 | 843.52 | 5,648.33 |
| Online in SV<br>00024 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Online in SV<br>00025 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC<br>00039 UNSECURED | 4.85 | 0.00 | 0.00 | 4.85 |
| QUANTUM3 GROUP LLC<br>00029 UNSECURED | 17.17 | 0.00 | 0.00 | 17.17 |
| QUANTUM3 GROUP LLC<br>00015 UNSECURED | 11.72 | 0.00 | 0.00 | 11.72 |
| REGIONAL INCOME TAX AGENCY<br>00003 PRIORITY | 1,424.62 | 333.42 | 0.00 | 1,091.20 |
| RESURGENT CAPITAL SERVICES<br>00006 UNSECURED | 4.46 | 0.00 | 0.00 | 4.46 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**

CASE NO. 23-53208 Charley Blankenship and Terrie Blankenship

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES<br>00012 UNSECURED | 1.75 | 0.00 | 0.00 | 1.75 |
| RESURGENT CAPITAL SERVICES<br>00020 UNSECURED | 3.23 | 0.00 | 0.00 | 3.23 |
| Source Receivables Management<br>00026 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Spectrum<br>00027 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Sprint<br>00028 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Terrie Blankenship<br>00000 DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Card<br>00030 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Webbank<br>00031 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| West Side Emergency Physicians<br>00032 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 763.84 | 763.84 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 343.73 | 343.73 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 17,520.26 | 1,434.09 | 21,960.03 | 0.00 | 1,107.57 | 42,021.95 |
| PRIN PAID | 4,811.72 | 333.42 | 0.00 | 25,307.37 | 1,107.57 | 31,560.08 |
| INT PAID | 895.61 | 0.00 | 0.00 | 0.00 | | 895.61 |
| | | | | | TOTAL PAID: | 32,455.69 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| ERIN E SCHRADER ESQ | 4,250.00 | 4,250.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,157.69 | 0.00 | 0.00 | 3,157.69 |

Dated: 09/15/2026

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH 43215-3419
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Charley Blankenship
Terrie Blankenship
305 W. Miami St.
De Graff, OH 43318

Case No: 23-53208

Chapter 13

Judge: Tiffany Strelow Cobb

CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

The Chapter 13 Trustee's account will be filed with the Court after all checks issued by the Trustee have been negotiated. No notice will be given of the filing of the Final Report as this notice is intended to comply with FRBP 5009 (a).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH 43215-3419
(614)420-2555